

| | | | | |
|---|---|---|---|---|
| Bell v. State | 02A03–1606–CR–1242 | 12/19/2016 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Spinks v. State | 32A04–1605–CR–1165 | 12/19/2016 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Hickingbottom v. State | 45A05–1606–CR–1362 | 12/19/2016 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Payton v. State | 22A01–1605–CR–980 | 12/19/2016 | BARNES, J.<br>BAILEY, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Butler v. State | 82A01–1512–PC–2269 | 12/20/2016 | BROWN, J.<br>BAKER, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. State | 15A04–1601–CR–148 | 12/20/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| S.B. v. J.B. | 64A03–1603–DR–533 | 12/20/2016 | BAKER, J. | The judgment of the trial court is Reversed and Remanded |

| | | | | with instructions to reevaluate its order by applying the correct statutory analysis and issue a new order to that effect |
|---|---|---|---|---|
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Best v. State | 45A03–1602–CR–447 | 12/20/2016 | MAY, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Jm.K. v. Indiana Dept. of Child Services | 77A05–1605–JC–1020 | 12/20/2016 | BARNES, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | RILEY, J. | Concurs |
| J.M. v. Indiana Dept. of Child Services | 47A01–1606–JC–1299 | 12/20/2016 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Hollopeter v. Hollopeter | 45A03–1510–DR–1717 | 12/20/2016 | MAY, J. | Affirmed in part, Reversed in part, and Remanded |
| | | | BAKER, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Baker v. Fall Creek Housing Partners, LLC | 49A02–1605–CT–1060 | 12/20/2016 | BROWN, J. | Dismissed |
| | | | ROBB, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Early v. State | 87A01–1604–CR–992 | 12/20/2016 | BROWN, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ROBB, J. | Concurs in result without opinion |
| Torson v. Torson | 90A05–1602–DR–362 | 12/20/2016 | BARNES, J. | Affirmed in part and Remanded |
| | | | BAILEY, J. | Concurs |
| | | | RILEY, J. | Concurs |